December 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PERLINA HERNANDEZ, Appellant

NO. 14-13-01038-CV                           V.

IDELFONSO TORRES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on October 14, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Perlina Hernandez.

We further order this decision certified below for observance.